UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00352-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARTHUR TRACY VICK | ) | |

This order memorializes the court's ruling in open court today. The Assistant United States Attorney is DIRECTED to provide defendant (not through defense counsel) with a copy of the indictment. The motion to withdraw of defense counsel and defendant's *pro se* motion to remove counsel are ALLOWED. The Federal Public Defender is DIRECTED to appoint new counsel for defendant. Arraignment and trial are CONTINUED to 12 March 2012. Because new counsel has been appointed and needs additional time to prepare, the court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial. Any delay shall be excluded from speedy trial time calculation. 18 U.S.C. § 3161(h)(7)(A).

This 6 February 2012.

W. Earl Britt
Senior U.S. District Judge