UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00352-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARTHUR TRACY VICK | ) | |

This matter is before the court on defendant's unopposed, amended motion to continue. For good cause shown, the motion is ALLOWED. Arraignment and trial are CONTINUED to 2 April 2012. Because counsel has recently been appointed and needs additional time to prepare, the court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial. Any delay shall be excluded from speedy trial time calculation. 18 U.S.C. § 3161(h)(7)(A).

This 28 February 2012.

_____
W. Earl Britt
Senior U.S. District Judge