UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00352-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| ARTHUR TRACY VICK | ) | |
| | ) | |

This order memorializes the court's ruling in open court today. Defense counsel represented in open court that the investigating officer in this case has been indicted on charges of making false statements and requested that arraignment and trial be continued to allow him additional time to investigate the impact, if any, the investigating officer's indictment may have on this case. The government did not oppose a continuance. The motion to continue the arraignment and trial is ALLOWED. Arraignment and trial are CONTINUED to 7 May 2012. Because defense counsel needs additional time to investigate, the court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial. Any delay shall be excluded from speedy trial time calculation. 18 U.S.C. § 3161(h)(7)(A).

This 2 April 2012.

W. Earl Britt
Senior U.S. District Judge